Argued March 1, affirmed March 1, petition for rehearing
denied March 29, petition for review allowed June 12, 1973
See later issue of Oregon Reports

STATE OF OREGON, *Respondent, v.* ROBERT
GRANT MORALES (Nos. 38492, 38493, 38494),
*Appellant.*

506 P2d 733

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for appellant. With him on the brief
was Gary D. Babcock, Public Defender, Salem.

*Brian R. Barnes,* Deputy District Attorney, Rose-
burg, argued the cause for respondent. With him on
the brief was Doyle L. Schiffman, District Attorney,
Roseburg.

Before Schwab, Chief Judge, and Langtry and
Foley, Judges.